UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BROCK KOBERNUSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:22-cv-1717 |
| STEVEN ROBIE, and/or US ) | |
| EXPRESS, INC., and/or HOGAN ) | |
| DEDICATED SERVICES, LLC, ) | |
| JUAN PEREZ and/or REPUBLIC ) | |
| EXPRESS CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendant, Hogan Dedicated Services, LLC, by counsel and pursuant to 28 U.S.C. §1332 hereby files its Notice of Removal of the captioned matter to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Henry Circuit Court 1, New Castle, Indiana, and respectfully states as follows:

1) Hogan Dedicated Services, LLC is a defendant in a personal injury action now pending in the Henry Circuit Court 1 under Cause No. 33C01-2205-CT-000022.

2) Plaintiff filed his Complaint in the Henry Circuit Court 1 on May 28, 2022.

3) Defendant, Hogan Dedicated Services, LLC, was served with a copy of Plaintiff's Complaint and Summons on June 24, 2022, via certified mail.

4) Plaintiff's Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

5) Plaintiff is a citizen of the state of Ohio.

6) Stephen Robie, incorrectly named as "Steven Robie", is a citizen of Florida. He has not been properly served to date.

7) U.S. Xpress, Inc., incorrectly named as "US Express, Inc." is a Nevada corporation with its principal place of business located in Tennessee. As such, U.S. Xpress, Inc. is a citizen of both Nevada and Tennessee. U.S. Xpress, Inc. has not been properly served to date.

8) Joseph Buie, Deceased, was a citizen of the state of Indiana. Joseph Buie, Deceased was dismissed from this lawsuit on August 3, 2022.

9) Hogan Dedicated Services, LLC is a Missouri limited liability company. The sole members of Hogan Dedicated Services, LLC are:

- David Hogan. David Hogan is domiciled in Missouri and is a citizen of Missouri. He resides in St. Louis, Missouri.

- Brian Hogan. Brian Hogan is domiciled in Missouri and is a citizen of Missouri. He resides in St. Louis, Missouri.

- Carl Hogan, Jr. Carl Hogan, Jr. is domiciled in Missouri and is a citizen of Missouri. He resides in St. Louis, Missouri.

Based upon the citizenship of its members, Hogan Dedicated Services, LLC, is a citizen of Missouri.

10) Juan Perez is a citizen of Texas. He has not been properly served to date.

11) Republic Express Corp, incorrectly named as "Republic Express Corporation", is a Texas corporation with its principal place of business in Texas. As such, Republic Express Corp is a citizen of Texas. Republic Express Corp has not been properly served to date.

12) The controversy in this cause of action is entirely between citizens of different states.

13) While Plaintiff's Complaint seeks an unspecified amount of damages, Plaintiff refused to admit that his damages are less than $75,000.00. (See, Exhibit A). Therefore, the amount in controversy exclusive of interest and costs is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a).

14) Attached hereto as Exhibit B is a copy of current State Court Docket, Plaintiff's Complaint for Damages, Appearance for Plaintiff, Summons to Steven Robie, Summons to US Express, Inc., Summons to Joseph Buie, deceased, Summons to Hogan Dedicated Services, LLC, Summons to Juan Perez, Summons to Republic Express Corporation, Appearance for Defendant Hogan Dedicated Services, LLC, Motion for Enlargement of Time to Answer Complaint, Order Granting Motion for Enlargement of Time to Answer Complaint. Stipulation of Dismissal as to Joseph Buie, Deceased, Only, Order Granting Dismissal of Joseph Buie, deceased, Only.

15) Attached hereto as Exhibit C is a separate copy of Plaintiff's Complaint filed on May 28, 2022.

16) Attached hereto as Exhibit D is the Civil Cover Sheet.

Upon receiving a file-marked copy of this Notice of Removal, Defendant will serve the same upon Plaintiff and also file a copy with the Clerk of the Henry County Circuit Court 1.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

*s/Christopher R. Whitten*
Christopher R. Whitten/#20429-49
James L. Culp/#26326-49
*Counsel for Defendant Hogan Dedicated Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

Walter J. Alvarez, Esq.
Steven J. Alvarez, Esq.
Kyle B. Lawrence, Esq.
Brock P. Alvarado, Esq.
Hilary R. Hall, Esq.
WALTER J. ALVAREZ, P.C.
1524 West 96th Avenue
Crown Point, IN 46307
steven@gowithalvarez.com,
brock@gowithalvarez.com,
hilary@gowithalvarez.com,
kyle@gowithalvarez.com
*Counsel for Plaintiff*

                *s/Christopher R. Whitten*
                Christopher R. Whitten
                James L. Culp

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317/362-0225
FX:   317/362-0151
cwhitten@indycounsel.com
jculp@indycounsel.com